

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> v. <br><br><br> Adrian Alexis LOAIZA-Velarde, <br> Aaron Ricardo COTA, <br><br><br> Defendants. | Magistrate Docket No.  '22 MJ1752 <br><br> COMPLAINT FOR VIOLATION OF: <br> Title 8, U.S.C. § 1324(a)(1)(A)(ii) <br> Transportation of Illegal Aliens |

The undersigned complainant being, duly sworn, states:

On or about May 15, 2022, within the Southern District of California, defendants Adrian Alexis LOAIZA-Velarde and Aaron Ricardo COTA, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Luis MOLINA-Chaparro and Ricardo ROSALES-Magana, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Giancarlo Lugo
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON MAY 16, 2022.

HON. JILL L. BURKHARDT
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Adrian Alexis LOAIZA-Velarde,
Aaron Ricardo COTA

## PROBABLE CAUSE STATEMENT

The complainant states that Luis Molina-Chaparro and Ricardo Rosales-Magana, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 15, 2022, Border Patrol Agents A. Sabori, D. Boone and K. Whitworth, were performing assigned duties in the Brownfield and Chula Vista Border Patrol Stations' areas of responsibility, respectively. While driving on Otay Lakes Road, near the 4.5-mile marker, Agent Sabori observed a white Chevrolet Trailblazer, which had been parked on the side of the road, proceed westbound on Otay Lakes Road. This area is commonly used by smugglers who park along side of this road, pick up illegal aliens, and then attempt to avoid detection by Border Patrol Agents. Agent Sabori placed his marked vehicle behind the Trailblazer, and requested a records check. At this time, the driver of the vehicle, later identified as defendant Adrian Alexis LOAIZA-Velarde, began to swerve back and forth. At approximately 3:07 PM, Agent Sabori activated his emergency lights in an attempt to pull the vehicle over.

LOAIZA failed to stop the Trailblazer and proceeded to increase his speed, ran through a red light and was cutting off traffic. At approximately, 3:12 PM, having entered a residential area, the Trailblazer aggressively stopped, and individuals began to run out of and away from the vehicle. This area is located approximately 7.5 miles north of the United States/Mexico International Boundary and approximately 1.9 miles west of the Otay Mesa, California Port of Entry. Only LOAIZA and one other individual, later identified as Material Witness Luis Miguel MOLINA-Chaparro, remained at the vehicle.

At approximately 3:18 PM, Agent Sabori proceeded to conduct and immigration inspection of LOAIZA and MOLINA. LOAIZA and MOLINA stated that they are citizens of Mexico without immigration documents allowing them to be or remain in the United States legally and were subsequently placed under arrest.

Agent Whitworth and Agent Boone, arrived to the location of the vehicle stop and started searching for the individuals that absconded from the Trailblazer. After a brief search, Agent Whitworth encountered an individual, later identified as Defendant Aaron Ricardo COTA hiding in some brush located approximately 50 yards from the road. Agent Whitworth identified himself as a Border Patrol Agent and conducted an immigration inspection. COTA

**CONTINUATION OF COMPLAINT:**
Adrian Alexis LOAIZA-Velarde,
Aaron Ricardo COTA

stated that he is a United States citizen. At approximately 3:23 PM, Agent Whitworth placed COTA under arrest. Agent Boone encountered an individual, later identified as Material Witness Ricardo ROSALES-Magana, attempting to conceal himself lying face down under a bush. Agent Boone identified himself as a Border Patrol Agent and conducted an immigration inspection. ROSALES stated that he is a citizen of Mexico without immigration documents allowing him to be or remain in the United States legally. At approximately 3:30 PM, Agent Boone placed ROSALES under arrest.

Defendant Adrian Alexis LOAIZA-Velarde was read his Miranda rights and was willing to answer questions without an attorney present. LOAIZA stated he was born in Mexico and is a Mexican citizen. LOAIZA stated that he does not possess immigration document allowing him to enter or remain in the United States legally, and knew he was entering illegally today. LOAIZA stated that he was going to earn between $400 to $500 USD for transporting the undocumented aliens. LOAIZA stated that he knew he was going to be picking up undocumented aliens and admitted that this was his third time attempting to smuggle undocumented aliens. LOAIZA stated he was previously successful on two different occasions. LOAIZA stated he picked up undocumented aliens and then drove them to a nearby shopping center. LOAIZA state that he received $500 USD on both occasions. LOAIZA stated that he got a call from an unknown person with the pick-up location for a group of undocumented aliens ready to be picked up. LOAIZA stated that the group of undocumented aliens were near the same location as the two previous occasions. LOAIZA stated he was also told that he would be accompanied by another person. LOAIZA stated when he arrived at the location he parked and waited briefly for the undocumented aliens to enter the vehicle. LOAIZA stated that as he was driving away, he heard the lights and siren of a Border Patrol vehicle. LOAIZA stated that the front passenger and an undocumented alien told him to step on it and go. LOAIZA stated the front passenger, and the undocumented aliens were guiding him as to where to drive to evade Border Patrol, but eventually stopped when he entered a dead-end road. LOAIZA stated he remembered several people running from the car.

Material witnesses, MOLINA and ROSALES, stated that they are citizens of Mexico without immigration documents allowing them to enter or remain in the United States legally. MOLINA and ROSALES stated that illegally entered the country by crossing the United States/Mexico International Boundary. MOLINA and ROSALES stated that they made smuggling arrangements and were going to pay a smuggling fee between $8,000 USD to $8,500 USD, respectively. When shown a photographic lineup, MOLINA and ROSALES, identified LOAIZA as the driver, and COTA as the passenger of the vehicle in this event.